Scott R. Leah, *Pro Hac Vice*
Neil Gregorio, *Pro Hac Vice*
Brian Pepicelli, *Pro Hac Vice*
Kathleen Nandan, *Pro Hac Vice*
Tucker Arensberg PC
1500 One PPG Place
Pittsburgh, PA 15222
sleah@tuckerlaw.com
ngregorio@tuckerlaw.com
bpepicelli@tuckerlaw.com
knandan@tuckerlaw.com

Asti Gallina, WSBA #53361
Matthew Mensik, WSBA #44260
Witherspoon Kelley
422 W. Riverside Ave., Ste 1100
Spokane, WA 99201
amg@witherspoonkelley.com
mam@witherspoonkelley.com

*Attorneys for Defendants/Counterclaimants*

Kenneth W. Hart
Carney Badley Spellman, P.S.
701 Fifth Avenue, Suite 3600
Seattle, Washington 98104-7010
hart@carneylaw.com

*Attorney for Plaintiff/Counterdefendant*

The Honorable Salvador Mendoza, Jr.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STANLEY MILLER,<br><br>        Plaintiff,<br><br>v.<br><br>BOILERMAKER-BLACKSMITH NATIONAL PENSION TRUST AND JOHN FULTZ AS FIDUCIARY OF THE BOILERMAKER-BLACKSMITH NATIONAL PENSION TRUST,<br><br>        Defendants. | NO. 2:20-cv-00317-SMJ<br><br>STIPULATION AND ORDER OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41 |

- 1 -

- 2 -

Plaintiff Stanley Miller and Defendants Boilermaker-Blacksmith National Pension Trust and John Fultz as Fiduciary hereby stipulate under Federal Rule of Civil Procedure 41 that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. This stipulation does not impact the Court's previous order (ECF No. 100) regarding the shifting of fees and costs associated with certain motion practice.

| Counsel for Miller: | Counsel for the Fund: |
|---|---|
| s/ Kenneth W. Hart<br>Kenneth W. Hart WSBA #15511<br>CARNEY BADLEY SPELLMAN, P.S.<br>701 Fifth Avenue, Suite 3600<br>Seattle, Washington 98104-7010<br>Phone: 206.622.8020<br>hart@carneylaw.com | s/ Kathleen Nandan<br>Neil Gregorio, *Pro Hac Vice*<br>Scott R. Leah, *Pro Hac Vice*<br>Brian Pepicelli, *Pro Hac Vice*<br>Kathleen Nandan, *Pro Hac Vice*<br>TUCKER ARENSBERG<br>1500 One PPG Place<br>Pittsburgh, Pennsylvania 15222<br>Phone: (412) 594-3953<br>sleah@tuckerlaw.com<br>ngregorio@tuckerlaw.com<br>bpepicelli@tuckerlaw.com<br>knandan@tuckerlaw.com<br><br>s/ *Asti M. Gallina*<br>Asti M. Gallina, WSBA #53361<br>WITHERSPOON KELLEY<br>422 West Riverside Avenue, Suite 1100<br>Spokane, Washington 99201-0300<br>Phone: 509 624-5265<br>amg@witherspoonkelley.com |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

STANLEY MILLER,

           Plaintiff,

v.

BOILERMAKER-BLACKSMITH NATIONAL PENSION TRUST AND JOHN FULTZ AS FIDUCIARY OF THE BOILERMAKER-BLACKSMITH NATIONAL PENSION TRUST,

           Defendants.

NO. 2:20-cv-00317-SMJ

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties' IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. This Order does not impact the Court's previous order (ECF No. 100) regarding the shifting of fees and costs associated with certain motion practice. The Clerk is directed to close the file.

Dated: _____, 2022

_____
SALVADOR MENDOZA, JR.
UNITED STATES DISTRICT JUDGE