UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STANLEY MILLER,<br><br>               Plaintiff,<br><br>v.<br><br>BOILERMAKER-BLACKSMITH NATIONAL PENSION TRUST AND JOHN FULTZ AS FIDUCIARY OF THE BOILERMAKER-BLACKSMITH NATIONAL PENSION TRUST,<br><br>               Defendants. | NO. 2:20-cv-00317-SMJ<br><br>**ORDER OF DISMISSAL** |

Pursuant to the stipulation of the parties' IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. This Order does not impact the Court's previous order (ECF No. 100) regarding the shifting of fees and costs associated with certain motion practice. The Clerk is directed to close the file.

Dated: _____, 2022

_____
SALVADOR MENDOZA, JR.
UNITED STATES DISTRICT JUDGE