FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 09, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STANLEY MILLER,<br><br>                Plaintiff,<br><br>v.<br><br>BOILERMAKER-BLACKSMITH NATIONAL PENSION TRUST, and JOHN FULTZ, as a Fiduciary of the Boilermaker-Blacksmith National Pension Trust,<br><br>                Defendants. | No.   2:20-cv-00317-SMJ<br><br>**ORDER DISMISSING CASE** |

On August 5, 2022, the parties filed a stipulated dismissal, ECF No. 129. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS HEREBY ORDERED**:

1. The parties' Stipulation and Order of Dismissal, **ECF No. 129**, is **GRANTED**.

2. All claims are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorney fees. However, this Order does not impact the Court's previous order, ECF No. 100, regarding the shifting of fees and costs associated with certain motion practice.

ORDER DISMISSING CASE – 1

3.   All pending motions are **DENIED AS MOOT**.

4.   All hearings and other deadlines are **STRICKEN**.

5.   The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 9th day of August 2022.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE – 2